IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHYMOND ALDERMAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-865
LT Case No. 2016-305001-CFDB

_____/

Decision filed May 2, 2023

3.800 Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Shymond Alderman, Century, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


SOUD, KILBANE and MACIVER, JJ., concur.